IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARRELL CANNON, ) | |
| ) | |
| Plaintiff, ) | Case No. 05 C 2192 |
| ) | |
| v. ) | |
| ) | The Hon. Amy J. St. Eve |
| Former Chicago Police Lt. JON BURGE; ) | |
| former Police Sergeant JOHN BYRNE, former ) | |
| CPD detectives PETER DIGNAN; MICHAEL ) | |
| BOSCO, DANIEL MCWEENY; RAY ) | |
| BINKOWSKI, THE ESTATE of former detective ) | |
| CHARLES GRUNHARD; States Attorney ) | |
| RICHARD DEVINE; former CPD Superintendent ) | |
| TERRY HILLARD; former Chicago Police ) | |
| Superintendent LEROY MARTIN; former OPS ) | |
| Director GAYLE SHINES; aide to the ) | |
| Superintendent, THOMAS NEEDHAM; the CITY ) | |
| OF CHICAGO; COOK COUNTY, ILLINOIS; ) | |
| and the COOK COUNTY STATE'S ) | |
| ATTORNEY'S OFFICE ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S AMENDED RULE 26(a)(1) INITIAL DISCLOSURES

In order to clarify misrepresentations made by the City concerning this and prior Rule 26(a)(1) disclosures made by Plaintiff's counsel in this and the *Patterson* and *Orange* cases, and in order to update these disclosures based on the voluminous discovery already obtained in those cases, Plaintiff Darrell Cannon, by his undersigned attorneys, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, amends and clarifies his disclosures as follows:

A.  The following persons are likely to have discoverable information that the Plaintiff may use to support his claims. Plaintiff emphasizes that this is **NOT** a list of witnesses to be called at trial, which is obviously premature at this time:



**FILED**
**NOVEMBER 1, 2006**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1. Fay Buckner **FACT WITNESS**: Family Member of Darrell Cannon.

2. Claude Cannon: **FACT WITNESS:** Brother of Darrell Cannon.

3. Tyrone McChristian: **FACT WITNESS:** See complaint.

4. Ronald Alan Himmel: **FACT WITNESS:** Counsel for Darrell Cannon in 1984 Trial.

5. E. Paul Lanphier: **FACT WITNESS:** Counsel for Darrell Cannon in 1986 civil suit.

6. Paul M. Sheridan: **FACT WITNESS:** Assistant Corporation Counse, 1986 case.

7. Anita Rivkin-Carothers: **FACT WITNESS**: Counsel for Darrell Cannon in 1994 Trial.

8. Robert Berlin: **FACT WITNESS:** Assistant State's Attorney, Cannon case.

9. David Kelley: **FACT WITNESS**: Assistant State's Attorney, Cannon case.

10. David Stoioff: **FACT WITNESS**: Assistant State's Attorney 1999-2000 suppression hearings.

11. Walter Hehner: **FACT WITNESS**: Assistant State's Attorney 1999-2000 suppression hearings.

12. Veronica Tillman-Messenger: **FACT WITNESS:** Cannon OPS investigator, **404(b) WITNESS**: Lee Holmes case; evidence is also relevant to **MONELL** claims.

13. Francine Saunders: **404(b) WITNESS:** OPS investigator, Andrew Wilson case; evidence is also relevant to **MONELL** claims.

14. Michael Goldston: **FACT WITNESS**: found Cannon's case to be part of systematic torture; **404(b) WITNESS**: found other 404 (b) cases of torture to be part of systemic torture; evidence also relevant to **MONELL** claims.

15. All of the named Defendants: **FACT WITNESSES; 404(b) WITNESSES**; this evidence is also relevant to **MONELL** claims.

16. Mayor Richard M. Daley: **FACT WITNESS**: suppressed exculpatory torture evidence in *Cannon* case together with Defendant Devine and witness Kunkle; suppressed and discredited OPS findings of systemic torture together with Defendants Martin and Shines; **404(b) WITNESS**: suppressed this exculpatory evidence, together with Defendant Devine and witness Kunkle in numerous other cases, including *Wilson, Banks, Orange, Hinton, Patterson, Howard* and *Hobley*; this and other additional evidence is also relevant to **MONELL** claims

17. Richard Brceczek: **FACT WITNESS**: suppressed exculpatory torture evidence in *Cannon* case together with Defendant Devine, Mayor Byrne and high ranking police officials; **404(b) WITNESS**: suppressed this evidence, together with Defendant Devine, Mayor Byrne, and high ranking police officials in numerous other cases, including *Wilson, Banks, Orange, Hinton, Patterson, Howard* and *Hobley*; this evidence is also relevant to **MONELL** claims

18. Former Mayor Jane Byrne: **FACT WITNESS**: suppressed exculpatory torture evidence in *Cannon* case together with Defendant Devine, Richard Brzeczek and other high ranking police officials; **404(b) WITNESS:**

3

19. suppressed this evidence, together with Defendant Devine, Brzeczek, and other high ranking police officials in numerous other cases, including *Wilson*, *Banks*, *Orange*, *Hinton*, *Patterson*, *Howard* and *Hobley*; this evidence is also relevant to **MONELL** claims

19. Superintendent Fred Rice: **FACT WITNESS:** suppressed exculpatory torture evidence in *Cannon* case together with OPS Director Fogel; **404(b) WITNESS:** suppressed this evidence, together with OPS Director Fogel in numerous other cases, including *Wilson*, *Banks*, *Orange*, *Hinton*, *Patterson*, *Howard* and *Hobley*; this evidence is also relevant to **MONELL** claims.

20. David Fogel: **FACT WITNESS:** suppressed exculpatory torture evidence in *Cannon* case; **404(b) WITNESS:** suppressed this evidence, together with Superintendent Rice in numerous other cases, including *Wilson*, *Banks*, *Orange*, *Hinton*, *Patterson*, *Howard* and *Hobley*; this evidence is also relevant to **MONELL** claims.

21. Leutie Lawrence: **404(b) WITNESS**: OPS investigator in *Howard*, *Craft* and *Adkins* 404(b)cases; this evidence is also relevant to **MONELL** claims.

22. Robert Cosey: **404(b) WITNESS**: OPS investigator in *Banks* 404(b)case; this evidence is also relevant to **MONELL** claims.

23. Dr. Antonio Martinez: **FACT WITNESS:** examined Cannon, found psychological markers of torture; **404(b) WITNESS:** examined several other 404(b) torture victims, found markers of torture; this evidence is also relevant to **MONELL** claims.

24. Sgt. Doris Byrd (CPD): **404(b) WITNESS:** *Banks* and *Bates* cases; also on the issue that torture was an open secret; Burge was a racist, etc. (see her sworn Statement); this evidence is also relevant to **MONELL** claims.

25. Robert Milan: **FACT WITNESS:** ASA, Cannon case.

26. Leonard Benefico: **FACT WITNESS:** on issue of Defendants Needham and Hillard's involvement in the suppression of evidence in the Cannon case; **404(b) WITNESS:** on issue of Defendants Needham's and Hillard's involvement in the suppression of evidence in the *Howard*, *Adkins*, *Holmes*, *Banks* and *Craft* cases; this and related evidence is also relevant to **MONELL** claims.

27. Carmen Christia: **FACT WITNESS:** OPS supervisor, Cannon investigation; **404(b) WITNESS:** OPS supervisor, other OPS 404(b) investigations; this and related evidence is also relevant to **MONELL** claims.

28. William Kunkle: **FACT WITNESS:** suppressed exculpatory torture evidence in *Cannon* case together with Defendant Devine and witness Daley; **404(b) WITNESS:** suppressed this exculpatory evidence, together with Defendant Devine and witness Richard M. Daley in numerous other cases, including *Wilson*, *Banks*, *Orange*, *Hinton*, *Patterson*, *Howard* and *Hobley*.

29. Jeffrey Kent: **FACT WITNESS:** as Chief of the Special Prosecutions Unit of the State's Attorneys Office, is a witness concerning the suppression of exculpatory torture evidence in *Cannon* case by Defendant Devine and witnesses Daley and Kunkle; **404(b) WITNESS:** witness concerning the suppression this exculpatory evidence, together with Defendant Devine and

5

witnesses Daley and Kunkle, in numerous other cases, including *Wilson, Banks, Orange, Hinton, Patterson, Howard* and *Hobley.*

30. Frank DeBoni: **FACT WITNESS:** as Deputy Chief of the Special Prosecutions Unit of the State's Attorneys Office, is a witness concerning the suppression of exculpatory torture evidence in *Cannon* case by Defendant Devine and witnesses Daley and Kunkle; **404(b) WITNESS:** witness concerning the suppression of this exculpatory evidence, together with Defendant Devine and witnesses Daley and Kunkle, in numerous other cases, including *Wilson, Banks, Orange, Hinton, Patterson, Howard* and *Hobley.*

31. Dennis Dernbach: former Assistant States Attorney, Chief of Felony Review **FACT and 404(b) WITNESS:** (see Deposition in *Orange v. Burge*)

32. Andrew Wilson : **404(b) WITNESS:** see his testimony in the *Wilson* criminal and civil cases, before the Police Board and to the Special Prosecutor.

33. Melvin Jones: **404(b) WITNESS:** see his testimony in the *Cannon* criminal hearing, the *Wilson* civil case, people v. Jones, before the Police Board and to the Special Prosecutor.

34. Michael Johnson: **404(b) WITNESS:** see his testimony in the *Wilson* civil case and to the Special Prosecutor.

35. Gregory Banks: **404(b) WITNESS:** see his testimony in the *Cannon* criminal hearing, *People v Banks*, and statement to the Special Prosecutor.

36. David Bates: **404(b) WITNESS:** see his testimony in the *Cannon* criminal hearing, *People v. Bates*, and statement to the Special Prosecutor.

37. Shaded Mumin: **404(b) WITNESS:** see his testimony in *People v. Mumin*; statement to OPS and to the Special Prosecutor (OSP).

38. Donald White: **404(b) WITNESS:** see his testimony in the *Wilson* civil case.

39. Willie Porch: **404(b) WITNESS:** see his testimony in the *Wilson* civil case, and in *People v. Porch*.

40. Tony Thompson: **404(b) WITNESS:** see his statements to *Patterson* attorney and to Special Prosecutor.

41. Stanley Wrice: **404(b) WITNESS:** see his OPS and OSP statements.

42. Rodney Benson : **404(b) WITNESS:** see *People v. Benson* and OSP Statement.

43. Bobby Williams: **404(b) WITNESS:** see OPS statement.

44. Leroy Orange: **404(b) WITNESS:** see his deposition in *Orange v. Burge*, testimony in *People v. Orange*, statement to OSP.

45. Philip Adkins: **404(b) WITNESS:** see his testimony at *Cannon* hearing, in *Adkins v. Byrne*, and statement to OSP.

46. Eric Caine: **404(b) WITNESS:** see his testimony in *People v. Caine*; deposition in *Patterson v. Burge*, and statement to OSP.

47. Aaron Patterson: **404(b) WITNESS:** see his testimony in *People v. Patterson*; deposition in *Patterson v. Burge*, and statement to OSP

48. Madison Hobley: **404(b) WITNESS:** see his testimony in *People v. Hobley*; deposition in *Hobley v. Burge*, and statements to OPS and OSP.

49. Anthony Holmes: **404(b) WITNESS:** see his deposition in *Orange v. Burge*, and statement to OSP.

50. Walter Johnson: **404(b) WITNESS:** see his deposition and trial testimony in *Wilson*, and OPS log.

51. Alphonso Pinex: **404(b) WITNESS:** see OSP statement and Report and testimony of Frances Pinex in *Wilson*.

52. Stanley Howard: **404(b) WITNESS:** see his testimony in *People v. Howard*; his deposition in *Howard v. Burge*, and his OPS and OSP statements.

53. George Powell: **404(b) WITNESS:** see his deposition testimony in *Orange v. Burge* and statement to OSP.

54. Alonzo Smith: **404(b) WITNESS:** see his testimony in the *Cannon* hearing, in *People v. Smith*, and his statement to OSP

55. Michael Tillman: **404(b) WITNESS:** see his testimony in *People v. Tillman and Bell*.

56. Steven Bell: **404(b) WITNESS:** see his testimony in *People v. Tillman and Bell*.

57. James Cody: **404(b) WITNESS:** see his testimony in *People v. Cody*.

58. Ty Shawn Ross: **404(b) WITNESS:** see his testimony in *People v. Ross and* OPS statement.

59. Marcus Wiggins: **404(b) WITNESS:** see his deposition testimony in *Wiggins v. Burge*.

60. Eric Smith: **404(b) WITNESS:** see his statement to *Patterson* attorney.

61. Leonard Hinton: **404(b) WITNESS:** see his testimony in *People v. Hinton*.

62. L.C. Riley: **404(b) WITNESS:** see his deposition testimony in *Orange v. Burge* and *People v. Riley*.

63. James Andrews: **404(b) WITNESS:** see his testimony in *People v. Andrews*.

64. *Sergeant Sammy Lacey:* **404(b) WITNESS:** *Wilson, Mumin and Lonza Holmes* cases and on the issue that torture was an open secret, Burge was a racist, etc. (see sworn Statement to *Patterson* attorney, to OSP); this evidence is also relevant to **MONELL** claims.

65. Detective William Parker: **404(b) WITNESS:** witness against Burge in 1973 case where he walked into interrogation room; (see sworn Statement to *Patterson* attorney); this evidence is also relevant to **MONELL** claims.

66. Detective Melvin Duncan: **404(b) WITNESS:** on the issue of electric-shock by Burge and his men; Dignan as a racist investigator, etc. (see sworn affidavit of May 20, 2004, and testimony in *Evans v. City of Chicago*; this evidence is also relevant to **MONELL** claims.

67. Detective William Young: **404(b) WITNESS:** *Wilson* case; also on the issue that torture was an open secret, Burge was a racist, electric shock box, torture as Vietnam treatment, etc. (see sworn Statement to *Patterson* attorney); this evidence is also relevant to **MONELL** claims.

68. Detective Joanne Ryan: **404(b) WITNESS:** witnessed Burge abuse a suspect (see Special State Grand Jury Testimony of Michael Hoke); this evidence is also relevant to **MONELL** claims.

69. Detective Michael Hoke: **FACT WITNESS:** witness on the question of Defendants Shines' suppression of Plaintiff's OPS investigation; **404(b) WITNESS:** in *Anthony Holmes, Poree, Powell* cases; witness to Burge's attempt to intimidate anonymous police witness(es); witness on the question

of Defendants Shines' suppression of Plaintiff's OPS investigation (see Hoke's Deposition testimony in *Wiggins v. Burge*, *Doe v. Marsalis*, SSGJ testimony, and Hoke memo to Special Prosecutor); this evidence is also relevant to **MONELL** claims.

70. Detective Jack Hines: **404(b) WITNESS:** *Tillman* and *Lonza Holmes* cases; this evidence may also be relevant to **MONELL** claims.

71. Raymond Peterson: **404(b) WITNESS:** *Lee Holmes* case: this evidence is also relevant to **MONELL** claims.

72. Eileen Pryweller: **404(b) WITNESS:** in *Hobley* case and on question of Burge's racism and torture techniques; this evidence is also relevant to **MONELL** claims.

73. Dr. Romine: **404(b) WITNESS:** *Gregory Banks* case.

74. Thomas Lyons: **FACT WITNESS:** suppressed exculpatory torture evidence in *Cannon* case together with Defendant Devine, Mayor Byrne, Richard Brzeczek and other high ranking police officials; **404(b) WITNESS:** suppressed this evidence, together with Defendant Devine, Mayor Byrne, Richard Brzeczek and other high ranking police officials in numerous other cases, including *Wilson, Banks, Orange, Hinton, Patterson, Howard and Hobley*; this evidence also relevant to **MONELL** claims.

75. Joseph McCarthy: **FACT WITNESS:** suppressed exculpatory torture evidence in *Cannon* case together with Defendant Devine, Mayor Byrne, Richard Brzeczek and other high ranking police officials; **404(b) WITNESS:** suppressed this evidence, together with Defendant Devine, Mayor Byrne,

10

76. Richard Brzeczek and other high ranking police officials in numerous other cases, including *Wilson, Banks, Orange, Hinton, Patterson, Howard* and *Hobley*; this evidence also relevant to **MONELL** claims.

76. Milton Deas: **FACT WITNESS:** suppressed exculpatory torture evidence in *Cannon* case together with Defendant Devine, Mayor Byrne, Richard Brzeczek and other high ranking police officials; **404(b) WITNESS:** suppressed this evidence, together with Defendant Devine, Mayor Byrne, Richard Brzeczek and other high ranking police officials in numerous other cases, including *Wilson, Banks, Orange, Hinton, Patterson, Howard* and *Hobley*; this evidence also relevant to **MONELL** claims.

77. Anthony Bouza: **MONELL** expert as to patterns and practices of torture, cover-up, racially motivated abuse, as is further set forth in his opinions tendered in *Hobley v Burge* and *Orange v. Burge* and his deposition testimony in *Hobley*. He is also a **FACT** expert on the question of Plaintiff's torture and coerced confession.

78. Detective William Egan: **404(b) WITNESS:** *Gregory Banks* case.

79. Gerald Cooper: **FACT WITNESS:** concerning the Goldston Report and Defendants Martin and Shines' role in suppressing it; this evidence is also relevant to **MONELL** claims.

80. Edward Egan and/or Robert Boyle: **DISCOVERY WITNESSES**: to determine the content of the oral proffers made by Defendant McWeeny and 404(b) police witnesses Hoke, Dwyer, Kushner and Garrity.

81. Robert Dwyer and Patrick Garrity: **404(b) WITNESSES:** *Hobley* case;

11

82. Area 2 and 3 detectives, supervisors and Commanders previously deposed in the *Patterson*, *Orange*, *Hobley*, and *Evans* cases; **404(b) WITNESSES** in those and other cases.

83. Sheila O'Grady: Mayor's Chief of Staff who recommended to Corporation Counsel that the City sue, rather than defend, Burge. Depending on her basis for so recommending, she could be a **FACT**, and/or **404(b)** and/or **MONELL** witness.

84. Henry "Buzz" Simmons: **FACT WITNESS: took statement from Plaintiff.**

B. The Plaintiff may use the following documents to support his claims or defenses:

1. The following documents, from the files of the MacArthur Justice Center, which may not have been previously disclosed:

    - The Administrative Record of the August-September 2004 Parole Board Hearing, and subsequent conclusions that Plaintiff was tortured which are found in the deposition of Jorge Montes in proceedings before Judge Henry; (Bates Nos. XX-XX).
    - Illinois Department of Corrections Records (Bates Nos. XX-XX).
    - Prisoner Review Board Records (Bates Nos. XX-XX).
    - Appellate records from the appeals in Plaintiff's criminal litigation and other miscellaneous documents (Bates Nos. XX-XX).

2. The following documents, which have been previously been disclosed in other litigation to the same counsel who are representing the defendants in this case:

- The documents produced by the plaintiff in *Patterson v. Burge, et al.*, No. 03 C 4433. *See* the initial disclosure document in that case, which is attached hereto as Ex. A.

- The documents reflected on the list of produced materials which is attached hereto as Ex. B.

- All documents and filings served on the City in the cases of *Patterson v. Burge* and *Orange v. Burge;*

C. Plaintiff's computation of damages was disclosed to the counsel for all defendants in Plaintiff's Settlement Demand Letter dated February 28, 2006.

D. Not applicable.

Dated: October 30, 2006

Respectfully submitted,

DARRELL CANNON

By: _____
One of Plaintiff's Attorneys

Locke E. Bowman
MacArthur Justice Center
Northwestern University Law school
357 E. Chicago Avenue
Chicago, Il 60611

G. Flint Taylor
Joey L. Mogul
Ben Elson
People's Law Office
1180 N. Milwaukee
Chicago, Illinois  60622
(773) 235-0070

13