## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Darrell Cannon

                 Plaintiff,

v.

                                     Case No.: 1:05–cv–02192

Jon Burge, et al.

                                     Honorable Amy J. St. Eve

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 19, 2007:

     MINUTE entry before Judge Amy J. St. Eve :Emergency In court hearing held on 3/19/2007. John Murphy (Federal Defender) appointed to represent Mr. McChristiansen pursuant to deposition that is to proceed today, as stated in open court. Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.